**FLORIDA ATLANTIC UNIVERSITY RESEARCH CORPORATION, Domaine Associates, LLC, Plaintiffs–Appellants**

v.

**ASUS COMPUTER INTERNATIONAL, Asustek Computer Inc., Defendants–Appellees**

**TPV Technology Limited, Top Victory International Limited, Top Victory Electronics (Fujian) Co., Ltd., Top Victory Electronics (Taiwan) Co., Ltd., TPV Electronics (Fujian) Co. Ltd., TPV International (USA), Inc., Envision Peripherals, Inc., Defendants–Appellees**

ACER, Inc., ACER America Corporation, Defendants–Appellees

AOC International, Defendant.

Nos. 2015–1125, –1126, –1127.

United States Court of Appeals, Federal Circuit.

July 17, 2015.

Gregory N. Stillman, Hunton & Williams LLP, Norfolk, VA, argued for plaintiffs-appellants. Also represented by Ozzie Farres, Michael Alfred O'Shea, Washington, DC.

Jonathan Hacker, O'Melveny & Myers LLP, Washington, DC, argued for all defendants-appellees. Defendants-appellees TPV Technology Limited, Top Victory International Limited, et al., also represented by Mark A. Samuels, Brian Berliner, Vision Winter, Los Angeles, CA.

Joshua M. Masur, Turner Boyd LLP, Redwood City, CA, for defendants-appellees Asus Computer International, Asustek Computer Inc. Also represented by Zhuanjia Gu.

Craig R. Kaufman, TechKnowledge Law Group LLP, Redwood City, CA, for defendants-appellees Acer, Inc., Acer America Corporation. Also represented by Michael Chaocha Ting.

NEWMAN, O'MALLEY, and CHEN, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.